**JS−6**

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KENNETH DAVIDSON<br><br>    Plaintiff(s),<br><br>    v.<br><br>BOULEVARD BEER, LLC , et al.<br><br><br>    Defendant(s). | CASE NO:<br>2:20−cv−01618−FMO−JPR<br><br><br>**ORDER DISMISSING ACTION WITHOUT PREJUDICE** |

     Having been advised by counsel that the above−entitled action has been settled, IT IS ORDERED that the above−captioned action is hereby **dismissed** without costs and without prejudice to the right, upon good cause shown within 30 **days from the filing date of this Order**, to re−open the action if settlement is not consummated. The court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

     **IT IS SO ORDERED.**

DATED: May 27, 2020                    _/s/ Fernando M. Olguin_
                                                      Fernando M. Olguin
                                                      United States District Judge